```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0204--CV (RRB)
                "AHTNA INC V DELOITTE & TOUCHE LLP"

        Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 09/10/04
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (4) Incorporated or Principal Place of Business in This State
      DEF Diversity: (2) Citizen of Another State

     Nature of Suit: (190) Other contract actions

             Origin: (2) Removed from State Court
             Demand:
         Filing fee: Paid $150.00 on 09/10/04 receipt # 00123950
           Trial by: Jury
```

Parties of Record:                                Counsel of Record:

PLF 1.1          AHTNA INC                        Patrick B. Gilmore
                                                  Atkinson Conway et al
                                                  420 L Street, Suite 500
                                                  Anchorage, AK 99501
                                                  907-276-1700
                                                  FAX 907-272-2082

DEF 1.1          DELOITTE & TOUCHE LLP            James E. Torgerson
                                                  Heller Ehrman LLP
                                                  510 L Street, Suite 500
                                                  Anchorage, AK 99501-1959
                                                  907-277-1900
                                                  FAX 907-277-1920

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A04-0204--CV (RRB)
                              "AHTNA INC V DELOITTE & TOUCHE LLP"

                                       For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 09/10/04
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (4) Incorporated or Principal Place of Business in This State
    DEF Diversity: (2) Citizen of Another State

   Nature of Suit: (190) Other contract actions

           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $150.00 on 09/10/04 receipt # 00123950
         Trial by: Jury


 Document #   Filed      Docket text

     1 -  1   09/10/04   DEF 1 Notice of Removal from Superior Court case no. 3AN-04-5089CI w/att
                         exhs.

     1 -  2   09/10/04   PLF 1 Jury Demand.

     2 -  1   09/10/04   DEF 1 Notice of related cases.

     3 -  1   09/15/04   RRB Minute Order to Petitioner Subsequent to Removal.  The Petitioner is
                         to file w/i 10 days copies of state court docs & svc list. cc: cnsl

     4 -  1   09/17/04   DEF 1 Answer and affirmative defenses.

     5 -  1   09/21/04   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days from svc of this ord w/att draft S&P. cc: cnsl

     6 -  1   09/22/04   PLF 1 Jury Demand.

     7 -  1   09/24/04   DEF 1 Notice of filing service list and supplemental records.

     8 -  1   10/05/04   PLF 1 motion for leave to withdraw.

     8 -  2   10/05/04   PLF 1 Attorney Substitution of P. Gilmore for W. Featherly.

     9 -  1   10/05/04   PLF 1 Attorney Appearance of P. Gilmore

     8 -  3   10/06/04   Order granting motion for leave to withdraw (8-1).  cc: cnsl

    10 -  1   10/06/04   DEF 1 Notice of filing amended answer.

    11 -  1   10/06/04   DEF 1 Answer (Amended).

    12 -  1   10/08/04   PLF 1 Disclosure Statement.

    13 -  1   10/12/04   PLF 1 motion to amend complaint w/att proposed amended complaint.

    14 -  1   10/19/04   DEF 1 motion for summary judgment w/att exhs.
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A04-0204--CV (RRB)
                            "AHTNA INC V DELOITTE & TOUCHE LLP"

                                     For all filing dates


 Document #     Filed     Docket text

     15 -   1   10/19/04  DEF 1 motion (Request) for a case management or scheduling conference.

     16 -   1   10/19/04  PLF 1 Notice of lodging partially completed scheduling and planning
                          report w/att report.

     17 -   1   10/26/04  RRB Minute Order granting motion (Request) for a case management or
                          scheduling conference (15-1).  A Status/scheduling conference is set for
                          11/9/04 at 1:30 p.m. in Courtroom 3.  cc: cnsl

     18 -   1   10/26/04  PLF 1 Response to request for case management or scheduling conference.

   NOTE -   1   10/27/04  Issued: summons re: DEF 1.

     19 -   1   10/28/04  PLF 1 opposition to DEF 1 motion for summary judgment (14-1).

     20 -   1   11/01/04  DEF 1 opposition to PLF 1 motion to amend complaint (13-1).

     21 -   1   11/02/04  DEF 1 reply to opposition to PLF 1 motion to amend complaint (13-1).

     22 -   1   11/02/04  PLF 1 Return of Service Executed re DEF 1 on 10/29/04.

     23 -   1   11/03/04  RRB Minute Order granting motion to amend complaint (13-1).  cc: cnsl

     24 -   1   11/04/04  PLF 1 Complaint (Amended).

     25 -   1   11/08/04  DEF 1 reply to opposition to DEF 1 motion for summary judgment (14-1).

     26 -   1   11/08/04  DEF 1 reply to opposition to DEF 1 request for a conference w/att exh.

     27 -   1   11/09/04  RRB Court Minutes [ECR: Elisa Singleton] re Status/Scheduling Conf (held
                          11/9/04); crt to issue clarifying order.  cc: cnsl

     28 -   1   11/16/04  DEF 1 Answer to First Amended Complaint.

     29 -   1   11/29/04  RRB Order denying motion for summary judgment (14-1).  cc: cnsl

     30 -   1   12/06/04  (VACATED PER ORDER AT DKT 38) RRB Scheduling and Planning Order setting
                          pretrial deadlines: Original discovery 08/01/05; Dispositive motions
                          deadline 09/02/05; Estimate of trial by jury  20 days. cc: cnsl

     31 -   1   12/09/04  DEF 1 motion for stay of proceedings w/att declaration & exhs.

     32 -   1   12/09/04  DEF 1 Unopposed motion for expedited consideration of mot for stay of
                          proceedings w/att declaration.

     33 -   1   12/13/04  RRB Order granting unopposed motion for expedited consideration of mot
                          for stay of proceedings (32-1).  Plof's oppo is due 12/16/04 and reply
                          is due on 12/20/04.  cc: cnsl

     34 -   1   12/15/04  Transcript re: Status/Scheduling Conference held 11/09/04.

     35 -   1   12/16/04  PLF 1 opposition to PLF 1 motion for stay of proceedings (31-1)w/att aff
                          & exhs.

     36 -   1   12/16/04  DEF 1 motion for extension of time until 7 days after the court rules on
                          the motion for stay to serve initial disclosures and to respond to
                          discovery requests.
```

```
                      UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                           CIVIL DOCKET ENTRIES FOR CASE A04-0204--CV (RRB)
                                 "AHTNA INC V DELOITTE & TOUCHE LLP"

                                         For all filing dates

Document #    Filed       Docket text
----------    -----       -----------

   37 -  1    12/20/04    DEF 1 reply to opposition to DEF 1 motion for stay of proceedings
                          (31-1).

   38 -  1    12/29/04    RRB Order granting motion for stay of proceedings (31-1).  All further
                          proceedings in this action shall be stayed and held in abeyance for 90
                          days, whereupon plf shall file a rpt re status of Ahtna Anderson et al v
                          Deloitte & Touche, et al, Ak Superior court case 3AN-04-5669.  The S&P
                          order at dkt 30 is vacated. The court may issue a revised S&P order
                          lifting the stay after the 90 days if appropriate.  Plf shall notify the
                          court w/in 30 days of the Ak Superior Crts resolution of all claims
                          against and/or by def in the State case.  If resolution occurs w/in the
                          90 day perior, plf's notice shall indicate whether plf intends to
                          further pursue its clms in this case or if any other issues remaining
                          for resolution by the Court. Following receipt of said notice, the crt
                          shall advise the parties how it intends to proceed in this matter.
                          Terminating in light of this order: motion for extension of time until 7
                          days after the court rules on the motion (36-1).
                          cc: cnsl

   39 -  1    03/25/05    PLF 1 Status Report w/att exhs.

   39 -  2    03/25/05    PLF 1 motion (request) for further stay w/att exhs.

   40 -  1    04/07/05    DEF 1 non-opposition to PLF 1 motion (request) for further stay w/att
                          exhs. (39-2).

   41 -  1    04/11/05    RRB Minute Order granting motion (request) for further stay (39-2).
                          This matter is stayed indefinitely.  A status rpt shall be filed at the
                          resolution of the Ak Superior Court case 3AN-04-5669 CV or w/in one year
                          of this cate 4/11/05, which ever occurs first. cc: cnsl
```