Patrick B. Gilmore
ATKINSON, CONWAY & GAGNON
Attorneys for Ahtna, Incorporated
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
E-mail: pbg@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INCORPORATED,   )<br>  )<br>          Plaintiff,   )<br>  )<br>     vs.   )<br>  )<br>DELOITTE & TOUCHE LLP,   )<br>  )<br>          Defendant.   )<br>_____ ) | Case No. A04-204 CV (RRB) |

## STATUS REPORT

Pursuant to this Court's Order dated April 11, 2005, Plaintiff hereby gives notice that the Alaska Superior Court Case No. 3AN-04-5669 Civil is scheduled for trial on July 31, 2006. The parties anticipate a trial of approximately 20 days. Plaintiff accordingly suggests that the Court order another status report no earlier than September 1, 2006.

Dated: April 11, 2006

s/ Patrick B. Gilmore
420 L Street, Suite 500
Anchorage, AK 99501
Phone: (907) 276-1700
Fax: (907) 272-2082
E-mail: acgecf@acglaw.com
ABA #7710121

I certify that on April 11, 2006,
a copy of the foregoing document
was served electronically on

James E. Torgerson, Esq.

By     s/ Patrick B. Gilmore