## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

AHTNA INC.     v.     DELOITTE & TOUCHE LLP

DATE:     April 11, 2006     CASE NO.     3:04-CV-0204-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:     **MINUTE ORDER FROM CHAMBERS
RE STATUS REPORT**

=====================================================

        In accordance with the Status Report (Docket 42) filed by Plaintiff, a further status report shall be filed by Plaintiff on or before **September 1, 2006.**

M.O. RE STATUS REPORT