Patrick B. Gilmore
ATKINSON, CONWAY & GAGNON
Attorneys for Ahtna, Incorporated
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax:  (907) 272-2082
E-mail:  acgecf@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INCORPORATED,<br><br>                Plaintiff,<br><br>vs.<br><br>DELOITTE & TOUCHE LLP,<br><br>                Defendant. | Case No. A04-204 CV (RRB) |

## STATUS REPORT

Pursuant to this Court's Order of April 11, 2006, Plaintiff hereby gives notice of the status of Alaska Superior Court Case No. 3AN-04-5669 Civil.  The jury returned a defense verdict on August 30, 2006.  It is important that this case remain pending until the final resolution of the state court case by appeal, or otherwise.  This case has been once dismissed without prejudice and cannot be refiled if dismissed again without prejudice.  There is still a possibility that the ultimate resolution of the state court case will be a dismissal on non-substantive grounds.  Plaintiff requests the Court to order another status

report in six months, or upon the final resolution of the state court case, whichever occurs first.

Dated:  August 31, 2006                    s/ Patrick B. Gilmore
                                                                     420 L Street, Suite 500
                                                                     Anchorage, AK  99501
                                                                     Phone:  (907) 276-1700
                                                                     Fax:  (907) 272-2082
                                                                     E-mail:  acgecf@acglaw.com
                                                                     ABA #7710121

I certify that on August 31, 2006,
a copy of the foregoing document
was served electronically on

James E. Torgerson, Esq.

By     s/ Patrick B. Gilmore