UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

AHTNA INC.  v.  DELOITTE & TOUCHE LLP

DATE:  August 31, 2006         CASE NO.   3:04-CV-0204-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE STATUS REPORT**

---

The Court is in receipt of the Status Report filed at Docket 44. Pursuant to Plaintiff's request, a further status report shall be filed by **March 2, 2007,** or upon final resolution of the State court case, whichever occurs first.

M.O. RE STATUS REPORT