James E. Torgerson, Alaska Bar No. 8509120
Andrew F. Behrend, Alaska Bar No. 9705016
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK  99501-1959
Telephone:  (907) 277-1900
Facsimile: (907) 277-1920

Attorneys for Defendant
Deloitte & Touche LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INCORPORATED,<br><br>                       Plaintiff,<br><br>     v.<br><br>DELOITTE & TOUCHE LLP,<br><br>                       Defendant. | Case No.: 3:A04-cv-0204 (RRB)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COMES NOW plaintiff Ahtna, Incorporated (Ahtna), and defendant Deloitte & Touche LLP (Deloitte & Touche), by and through their attorneys, and stipulate and agree to dismissal with prejudice of all claims that were or could have been asserted in the above-captioned action between the parties to this Stipulation, each party to bear its own costs, expenses, and attorney's fees incurred herein.

DATED:   ___March 6, 2007_____

                                        ATKINSON, CONWAY & GAGNON, INC.


                                        By __/s/ Patrick B. Gilmore_____
                                             Patrick B. Gilmore, Alaska Bar No. 7710121
                                             Attorneys for Plaintiff, Ahtna, Incorporated

DATED: __March 6, 2007_____

HELLER EHRMAN LLP


By __/s/ James E. Torgerson_____
    James E. Torgerson, Alaska Bar No. 8509120
    Andrew F. Behrend, Alaska Bar No. 9705016
    Attorneys for Defendant
    Deloitte & Touche LLP

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE has been sent via ☐ Facsimile  ☐ Regular U. S. Mail  ☐ Hand Delivery  ☒ Electronic Mail this 6th day of March, 2007, to:

Patrick B. Gilmore
Atkinson, Conway & Gagnon, Inc.
420 L Street, Suite 500
Anchorage, AK  99501
e-mail:  pbg@acglaw.com

James E. Torgerson
Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, AK  99501
e-mail:  jim.Torgerson@hellerehrman.com


     /s/ Patrick B. Gilmore_____

SE 2189182 v1
3/8/07 3:42 PM (20645.0024)

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900